IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:15CR3130 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| EDWIN G. TIERNEY, JR., | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue trial (filing no. 16) is granted.

(2) This matter is referred to Magistrate Judge Zwart for trial scheduling.

(3) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

Dated February 18, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge