IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:15CR3130 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| EDWIN G. TIERNEY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has filed a Motion to Continue Sentencing (Filing 32). Defendant's motion represents that counsel for the United States is unopposed to the continuance and that Pretrial Services states that "there are no compliance problems."

IT IS ORDERED that:

(1) The defendant's Motion to Continue Sentencing (Filing 32) is granted.

(2) The defendant's sentencing, currently set for August 3, 2016, is continued to Tuesday, November 8, 2016, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated July 27, 2016.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge